UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2014
DECEMBER 15, 2015 SESSION



FILED
DEC 15 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-00245
18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 2(a)

STEVEN ADKINS
    AKA "NOODLE"

### I N D I C T M E N T

The Grand Jury Charges:

1. On or about December 21, 2010, in or near Man, Logan County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN ADKINS knowingly aided, abetted, counseled, commanded, induced, and procured the commission of an offense against the United States, that is, a violation of 18 U.S.C. § 924(a)(1)(A), by a person known to the Grand Jury (the "Known Person"), in that defendant STEVEN ADKINS directed and induced the Known Person to make false statements and representations with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under Chapter 44 ("federal firearms licensee"), that is, Uncle Sam's Loans, Inc. ("Uncle Sam's"). At

the time of the offense, defendant STEVEN ADKINS was an employee of Uncle Sam's but was not a federal firearms licensee.

2. Specifically, defendant STEVEN ADKINS directed the Known Person to state and certify on a Form 4473, Federal Firearms Transaction Record, that the Known Person was the actual transferee/buyer of five firearms and also that the Known Person was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or other controlled substance. In fact, however, the Known Person was not the actual transferee/buyer of the five firearms, and the Known Person was an unlawful user of and addicted to opiate pills, a controlled substance and a narcotic.

3. At the time that the foregoing false statements and representations were made on the Form 4473, both defendant STEVEN ADKINS and the Known Person knew that those statements and representations were false.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney