UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number: 2:15-cr-00245

STEVEN ADKINS
    AKA "NOODLE"

## O R D E R

The Federal Grand Jury has returned an indictment against the above named defendant. Accordingly, it is hereby **ORDERED** that an arraignment shall take place before the undersigned Magistrate Judge on December 30, 2015 at 2:00 p.m. in Charleston.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

ENTER: December 15, 2015

Dwane L. Tinsley
United States Magistrate Judge