# Courtroom Minute Entry

**Room:** Charleston 5400   **Case No.:** 2:15-cr-00245   **Type:** Initial Appearance and Arraignment
**Caption:** USA v Steven Adkins   **Judge:** Dwane L. Tinsley

**Started:** 12/30/2015 1:59:43 PM
**Ends:** 12/30/2015 2:13:14 PM   **Length:** 00:13:32

    Judge Dwane L. Tinsley
    Courtroom Deputy: Tabitha Jarrell
    Defendant: Steven Adkins
    Assistant U.S. Attorney: Erik S. Goes
    Retained Defense Attorney: Gregory J. Campbell
    Probation Officer: Matthew Lambert

    INITIAL APPEARANCE AND ARRAIGNMENT

| Time | Event |
|---|---|
| 2:02:37 PM | Judge Dwane L. Tinsley |
| 2:02:40 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 2:02:45 PM | Courtroom Deputy: Tabitha Jarrell |
| 2:02:52 PM | Defendant placed under oath by Courtroom Deputy |
| 2:03:32 PM | Judge Dwane L. Tinsley |
| 2:03:35 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:03:52 PM | The Court understands you have retained Mr. Campbell to represent you in this case? |
| 2:04:54 PM | Defendant: Steven Adkins, yes Sir I have |
| 2:06:55 PM | Stated personal information |
| 2:07:09 PM | Judge Dwane L. Tinsley |
| 2:07:14 PM | Mr. Campbell, please file a notice of appearance as soon as you can |
| 2:07:24 PM | Judge Dwane L. Tinsley |
| 2:07:26 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:07:33 PM | Stated violation(s) in charging document and possible penalties |
| 2:07:51 PM | Questions defendant about indictment related matters |
| 2:08:01 PM | Defendant: Steven Adkins |
| 2:08:11 PM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 2:08:12 PM | Judge Dwane L. Tinsley |
| 2:08:14 PM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 2:08:48 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 2:09:22 PM | Make sure chambers receives a copy of all motions filed with the clerk |
| 2:09:29 PM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 2:09:43 PM | Court and parties review and discuss Pretrial Services Report |
| 2:09:48 PM | Assistant U.S. Attorney: Erik S. Goes |
| 2:09:50 PM | No additions or corrections to Pretrial Services Report at this time |
| 2:09:52 PM | Retained Defense Attorney: Gregory J. Campbell |
| 2:09:53 PM | No additions or corrections to Pretrial Services Report at this time |
| 2:10:00 PM | Judge Dwane L. Tinsley |
| 2:10:04 PM | Any objections to releasing the defendant on bond at this time? |
| 2:10:10 PM | Assistant U.S. Attorney: Erik S. Goes, none from the government |
| 2:10:12 PM | Retained Defense Attorney: Gregory J. Campbell, none from the defense |
| 2:10:27 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| 2:12:14 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 2:12:58 PM | Hearing Adjourned |