IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:15-CR-00245

STEVEN ADKINS

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, Gregory J. Campbell, hereby enters his appearance as counsel of record for the defendant, Steven Adkins in the above-styled matter. All future notices, pleadings, correspondence, ect., pertaining to these matters should be forwarded to the undersigned at 105 Capitol Street, Suite 300, Charleston, West Virginia 25301.

<u>**STEVEN ADKINS**</u>
By Counsel

<u>/s/ Gregory J. Campbell</u>
Gregory J. Campbell, WV Bar No. 608
**CAMPBELL LAW OFFICE**
105 Capitol Street, Suite 300
Charleston, WV 25301
Telephone:   (304) 546-9494
EMAIL: gcamlaw@aol.com
**COUNSEL FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-CR-00245

STEVEN ADKINS

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing **NOTICE OF APPEARANCE** was served this 12th day of January, 2016, by electronic filing and United States Mail, postage prepaid, upon the following:

Erik Goes, AUSA
300 Virginia Street, East, Room 4000
Charleston, WV 25301

/s/Gregory J. Campbell
Gregory J. Campbell