# UNITED STATES DISTRICT COURT

for the

West Virginia Southern

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**FROM:** Douglas W. Smith, USPO
1200 U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301-2523

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

☒ **Original Notice**

**Date:** 01/14/2016

**By:** Douglas W. Smith, USPO

☐ **Notice of Disposition**

**Date:**

**By:**

Defendant: Steven Adkins

Case Number: [0425 2:15CR00245]-[001]

Date of Birth: 09/28/1977

SSN: ▓▓▓▓▓▓▓

Place of Birth: Logan County, WV, United States

**Notice of Court Order** (Order Date: 12/30/2015 )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 447026032 and/or passport card number _____ to the custody of the U.S. District Court on 12/30/2015.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court