IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.            CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,

    Defendant.

## ORDER

A review of the docket reveals that there are no pending motions in this matter. Accordingly, the pretrial motions hearing previously scheduled for February 11, 2016, is **CANCELED**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

        ENTER:  February 8, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE