```
         IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                           CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                          CRIMINAL NO. 2:15-00245

**STEVEN ADKINS**
    **Aka "NOODLE"**


## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Erik S. Goes, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                                        Respectfully submitted,

                                        CAROL A. CASTO
                                        Acting United States Attorney

                By:

                      s/Erik S. Goes
                      ERIK S. GOES
                      Assistant United States Attorney
                      WV State Bar No. 6893
                      300 Virginia Street, East
                      Room 4000
                      Charleston, West Virginia  25301
                      Telephone:  304-345-2200
                      Fax:  304-347-5104
                      E-mail:  erik.goes@usdoj.gov

CERTIFICATE OF SERVICE

    It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 19th day of February, 2016, to:

        Gregory Campbell
        105 Capitol Street
        Suite 300
        Charleston, West Virginia 25301

                s/Erik S. Goes
                ERIK S. GOES
                Assistant United States Attorney
                WV State Bar No. 6893
                300 Virginia Street, East
                Room 4000
                Charleston, West Virginia  25301
                Telephone:  304-345-2200
                Fax:  304-347-5104
                E-mail:  erik.goes@usdoj.gov