# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: 3/2/2016 | Case Number 2:15-cr-00245 |
| Case Style: USA vs. Steven Adkins | |
| Type of hearing Plea Hearing | |
| Before the honorable: 2515-Johnston | |
| Court Reporter Ayme Cochran | Courtroom Deputy Staci Wilson |
| Attorney(s) for the Plaintiff or Government Erik Goes | |
| Attorney(s) for the Defendant(s) Gregory Campbell | |
| Law Clerk Natalie Atkinson | Probation Officer Kiara Moore |

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

10:08 to 10:50
Total Court Time: 0 Hours 42 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:08 a.m.

Defendant present in person and by counsel.
Defendant placed under oath.
Court finds Defendant competent to go forward.
Court defers acceptance of plea agreement but orders original plea agreement filed.
Defendant waives reading of Indictment.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Court asks Government to provide factual basis for the plea.
Government relies upon the Stipulation of Facts for its factual basis.
Court calls upon Defendant to enter a plea.
Defendant pleads guilty to Count One of the Indictment, and executes written guilty plea form.
Court finds Defendant is competent and capable of entering an informed plea.
Court finds Defendant's plea to be voluntary.
Court finds that Defendant understands the consequences of the plea.
Court finds that Defendant understands the rights being given up.
Court finds sufficient factual basis for Defendant=s plea.
Court accepts plea.
Court defers adjudging Defendant guilty until the time of sentencing.
Defendant released pending sentencing.
Sentencing set for June 6, 2016, at 2:00 p.m.
Court recessed at 10:50 a.m.