# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,

        Defendant.

## ORDER

On March 2, 2016, came the United States of America, by Assistant United States Attorney Erik S. Goes, and also came the Defendant, Steven Adkins, in person and by his attorney, Gregory J. Campbell, during which Defendant, as more particularly set forth on the record, entered a guilty plea to a Single Count Indictment, which charges him with making and aiding and abetting a false statement relating to firearms purchases in violation of 18 U.S.C. §§ 924(a)(1)(A) and (2).

Pursuant to U.S.S.G. § 6A1 *et seq.*, it is hereby **ORDERED** that:

1. The Probation Office undertake a presentence investigation of the Defendant and prepare a presentence report for the Court;

2. Pursuant to Federal Rule of Criminal Procedure 32(e)(3), the United States Probation officer is directed not to disclose to the Defendant, the Defendant's counsel, or the attorney for the Government the Probation Officer's recommendation, if any, on the sentence;

3. The Court **ORDERS** that the United States Probation Office prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **April 25,**

**2016**; that the United States Attorney and counsel for the Defendant file any objections to the draft presence report no later than **May 9, 2016**; and that the Probation Office submit a final presentence report to the Court no later than **May 23, 2016**. The Court **SCHEDULES** final disposition of this matter for **June 6, 2016, at 2:00 p.m.**;

4. The Government and the Defendant may file a Sentencing Memorandum addressing the sentencing factors set forth in 18 U.S.C. § 3553(a) as each party believes they may pertain to this case. The Sentencing Memorandum may also address such other matters as have not already been addressed in the form of motions or objections to the Presentence Report and may include argument as to the sentence to be imposed. The filing of the Sentencing Memorandum is optional. If filed, the Sentencing Memoranda shall be no more than five (5) pages in length, unless leave is granted by the Court for additional pages, and shall be filed with *and received by* the Clerk no later than **May 31, 2016**; and

5. Bond in the amount of $10,000 unsecured, previously executed, shall be continued to ensure Defendant's appearance before this Court at such times and places as the Court may direct.

The trial of this criminal action is hereby **VACATED**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: March 2, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE