```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR010671
Cashier ID: mmalhotr
Transaction Date: 03/02/2016
Payer Name: STEVEN ADKINS
------------------------------------
CRIMINAL DEBT
 For: STEVEN ADKINS
 Case/Party: D-WVS-2-15-CR-000245-001
 Amount:          $100.00
------------------------------------
CASH
 Amt Tendered:   $100.00
------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check.
```