# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,

    Defendant.

## WRITTEN PLEA OF GUILTY

In the presence of Gregory Campbell, my counsel, who has fully explained the charge contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in the Indictment.

DATE: March 2, 2016                        _____
                                                       DEFENDANT

                                                       WITNESS:

                                                       _____
                                                       COUNSEL FOR DEFENDANT