IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-00245

STEVEN ADKINS
    aka "NOODLE"

ORDER

Pending is the Motion of the United States of America, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, for authorization to disclose specified grand jury materials relevant to the above-styled case. Upon consideration of the Motion, the Court finds that the disclosure of the specified grand jury materials in the above-styled case to the probation officer assigned to prepare the presentence report is necessary as an aid in preparation of the presentence report and authorizes the United States Attorney to disclose the same to the probation officer assigned to prepare the presentence report.

The Grand Jury information referenced herein is provided subject to the provisions of Rule 6(e), Federal Rules of Criminal Procedure, and shall be used only in the preparation of the presentence report. Grand Jury material shall not be copied

or published to any person whose knowledge of the same is not necessary to the preparation of the defense. Upon request, all copies of Grand Jury material will be returned to the Government or destroyed at the close of the case.

It is ORDERED that the motion in this matter be SEALED.

The Clerk is directed to send a copy of this Order to counsel of record for all parties.

Entered this __30th__ day of March, 2016.

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE