IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                              CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,
        Defendant.

**MOTION TO EXTEND DEADLINES**

By Order filed March 2, 2016, objections to the draft presentence report were to be filed no later than May 9, 2016. The same Order scheduled final disposition for June 6, 2016.

By Order filed April 22, 2016, sentencing was continued by the Court to June 29, 2016.

The Defendant has corresponded with the Probation Officer and all issues, save one, have been settled. The Defendant wishes to review additional documents in reference to a proposed adjustment for an aggravating role in the draft presentence report.

WHEREFORE, the Defendant respectfully requests that his objections to the draft presentence report be filed by no later than May 20, 2016 and all other dates adjusted accordingly. Counsel is authorized to state that the Probation Officer and the Government have no objection to this motion.

                                                **Respectfully Submitted,**
                                                **STEVE ADKINS**

**By Counsel,**

**/s/ Gregory J. Campbell**
**Gregory J. Campbell, Esq. (WVSB# 608)**
CAMPBELL LAW OFFICE
105 Capitol St., Ste. 300
Charleston, WV 25301
Phone: 304-546-9494

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.        CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,
        Defendant.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing *Motion to Extend Deadlines* was served this 9th day of May, 2016, electronic filing using the CM/ECF system, upon the following CM/ECF participants:

Erik Goes
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 24326-1713

Meredith George Thomas
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 24326-1713

        /s/Gregory J. Campbell

Gregory J. Campbell, Esq.