# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,

        Defendant.

## ORDER

For reasons appearing to the Court, the sentencing hearing previously scheduled in this matter for June 29, 2016, is **CONTINUED** to **July 21, 2016, at 2:30 p.m.** The dates regarding the presentence report are amended as follows:

1. The United States Attorney and counsel for the Defendant shall file objections to the draft presentence report no later than **June 23, 2016**;

2. The Probation Office shall submit a final presentence report to the Court no later than **July 7, 2016**; and

3. The United States Attorney and counsel for the Defendant may file a sentencing memorandum no later than **July 14, 2016**.

The Defendant's pending motion to extend deadlines [ECF 29] is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: May 16, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE