# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                             CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,

       Defendant.

### ORDER

For reasons appearing to the Court, the sentencing hearing currently scheduled for July 21, 2016, is **CONTINUED** to **July 25, 2016, at 2:00 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                                 ENTER:      July 13, 2016

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE