# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/28/2016                                                  Case Number 2:15-cr-00245
Case Style: USA vs. Steven  Adkins
Type of hearing Sentencing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                      Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Meredith Thomas


Attorney(s) for the Defendant(s) Gregory Campbell


Law Clerk Natalie Atkinson                                       Probation Officer Kiara Moore
                                        Trial Time




                                      Non-Trial Time




                                        Court Time
2:04      to 3:03
3:42      to 3:49
Total Court Time: 1 Hours 6 Minutes Non-Trial Time/Uncontested Time

                                      Courtroom Notes
Scheduled Start 2:00 p.m.
Actual Start 2:04 p.m.

Defendant present in person and by counsel for sentencing as to Count One.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court adopts findings in PSR.
Defendant's Exhibit 1 marked and admitted.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings as follows:
    Total Offense Level: 17
    Criminal History: I
    Custody Range: 24-30 months
    Supervised Release Range: 1-3 years
    Fine Range:  $5,000 - $50,000
    Assessment:  $100
Counsel speak before sentence is imposed.

Court recessed:  3:03 p.m.
Court reconvened:  3:42 p.m.

After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
    Custody: 10 months
    Supervised Release: 2 years
    Fine: none imposed
    Assessment:  $100 PAID
Court states reasons for sentence imposed.

**District Judge Daybook Entry**

Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 3:49 p.m.