# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                        CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,

        Defendant.

### EXHIBIT LIST

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
|  | 1 | 7-28-16 | 7-28-16 | letters on behalf of the Defendant | Clerk |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Pl. Atty; Def. Atty; agency

# UNITED STATES PROBATION OFFICE
# SOUTHERN DISTRICT OF WEST VIRGINIA

# MEMORANDUM

**TO:**     United States District Judge Thomas E. Johnston

**FROM:**   Kiara S. Moore, United States Probation Officer

**DATE:**   July 27, 2016

**SUBJECT:** Steven Adkins (Docket No.: 2:15CR00245)
             Character Letters
===================================================================

Attached are characters letters for Mr. Adkins provided by defense counsel.  A copy of these letters have been forwarded to the government via email.



DEFENDANT'S
EXHIBIT

Steven Adkins

CASE
NO. 2:15-cr-245
7-28-16

EXHIBIT
NO.   1

Johnathan Fekete
99 Walnut St.
Man, WV 25635

Honorable Thomas E. Johnson, Judge
c/o Gregory J Campbell, Esq.
105 Capitol Street, Suite 300
Charleston, WV 25301

I have had the pleasure of knowing Steven Adkins for the past 25 years. During the years of our acquaintance, I have known Steven in many capacities. Steven has dedicated endless hours to our small community. I have worked with him for several years on the Town of Man City Council and the Town of Man Park Board. Steven has donated hundreds of hours to serve his community. His work on the City council has been honorable, and I am proud to say I have worked beside him.

One thing that has always impressed about Steven is the way he treats the children of our small community. If a child didn't have the money to buy a fishing lure, Steven would pull the money out of his own pocket to make sure that child had something to fish with. If a child didn't have the money to get into the community pool, Steven would give that child the money to get in. Steven Adkins is a good man and has had a major impact on the people and children of our small community, Logan County, and the great state of West Virginia.

I feel that he is a valuable member of society and an asset to the community and that is why I am asking for leniency when making your decision.

Sincerely,

Johnathan Fekete

July 12, 2016

The Honorable Thomas E. Johnston, Judge
c/o Gregory J. Campbell, Esq.
105 Capitol St., Suite 300
Charleston, WV  25301


Deanna Blair
PO Box 392
Man, WV  25635

Dear Honorable Thomas E. Johnston:

I am writing you today on behalf of Steven Adkins.  I work at Town Pharmacy Care in Man, WV.  I have known Steven his whole life.  He is my nephew.

Steven is an asset to this community.  He is on Man Town Council.  He has been very active in all Man area youth sports.  He has worked with WV DNR to get the Wildlife Fishing and Conservation here in Man.  He also took part in the writing of the grant for the War Memorial here in Man.  Steven has even helped locals who had lost everything in a house fire by replacing some of their furniture.  Steven has always gone above and beyond.

Steven is a good person who was in a bad situation.  I believe Steven should receive a lenient sentence because he could do more good in our community.  He also has children here that need him.  He has a son, Luke, who lives with him.  He is a very sick boy.  He wasn't supposed to live past a year when he was born.  His organs were on the outside of his body when he was born.  He is a teenager, and like all teenagers, doesn't do everything he is supposed to do.  He doesn't take his medicine like he should.  He really needs his father there to make sure he takes it.  Without his medication, Luke will die.

I am asking you to take all these things into consideration before Steven is sentenced.  Thank you for your time.

Sincerely,

Deanna Blair

July 20, 2016

Rodney Amburgey
PO Box 269
Amherstdale, WV 25607

Letter for Steven Adkins

Dear Judge Johnston,

I am a resident of Amherstdale, WV and I have known Steven Adkins for the past 15 years. Over the years, I have gotten to know Steven well and consider him to be a good friend. I frequently shop at Uncle Sam's and have talked to Steven many times in the store.

I believe Steven to be a good upstanding citizen. Steven has worked as long as I've known him. He has been very active in the Buffalo Creek Water Shed Program which donates fishing rods to the youth in our area for an annual fishing day shortly after Buffalo Creek is stocked with trout. Uncle Sam's has always donated many fishing rods for this event. However, I can remember times when the turnout was so great for this event that there weren't enough fishing rods for every child. Steven personally went out and purchased additional rods to make sure that every child there received one and didn't leave disappointed.

Steven's son has suffered with severe health problems since he was a small child. I can remember a time over ten years ago when Steven's insurance wouldn't pay for the necessary catheters needed for his son. Steven's family held fundraisers and the town came together to help them with the cost of his medical supplies. Steven is a very grateful person and never forgot that. I believe that is why he has always been so willing to step in and personally donate funds for fishing rods, town fireworks, etc.

Steven has a big heart and I hope you will consider giving him a lenient sentence. He is loved in our community and his family needs him. He is not a dangerous person that poses a threat to anyone.

Thank you,

Rodney Amburgey
(304) 583-9153

July 20, 2016

John White III
PO Box 664
Man, WV 25635
(304) 583-6335 home
(304) 583-9681 work

Honorable Thomas E. Johnston, Judge
c/o Gregory J. Campbell, Esq.
105 Capital St., Ste. 300
Charleston, WV 25301

Re:  Steven Adkins

To Whom It May Concern:

I am writing this letter on behalf of my good friend, Steven Adkins.  My wife and I have known Steven since elementary school.  We all grew up in Man, WV together.  We played sports together and were on the Man Church of the Nazarene youth volleyball team together for two years back in junior high school.  As adults, I frequented Uncle Sam's, where Steven was employed, to purchase hunting supplies and chat with Steven.  I probably stopped in 2-3 times a month on average.  Steven always met me with a genuine welcome and smile…often even a hug.  I feel like he probably had a similar relationship with most everyone from his childhood.  He's a very warm, loving person.

Steven has been an asset in the Town of Man in several capacities.  As manager of Uncle Sam's, he employed others and helped our failing economy.  His personality and management helped Uncle Sam's to thrive and keep people employed in a tiny town where businesses seem to go out of business monthly.  I have personally seen Steven stand in the road in the snow collecting money for the Salvation Army around Christmas.  He served on the Town Council which is a very thankless job in our tiny town.  The Town Council plans street fairs and fireworks displays in an effort to boost morale in a dying little coalfield town.  Town Council members have been known to donate and contribute their own funds to make these events happen.

Steven has a very strong work ethic.  He worked very long hours at Uncle Sam's and was there every single day.  Never would I call that he wouldn't answer or be on the line in less than a minute if someone else picked up.  If I were guessing, I'd say he worked 12+ hours per day.  I believe he learned his work ethic from his mother.  She raised Steven without a father.  I have never known Steven to have any type of father figure in his life.  His mother raised him alone in a tiny house with no outside help that I'm aware.  She worked every day and sold Avon on the side to make ends meet.  Steven grew up in South Man amongst the most affluent kids in our town, yet I never saw a hint of

animosity from him when his friends were wearing the best brands of clothing and shoes and he wasn't. This had to be hard for him, but he never let it show in any way.

I hope you will consider giving Steven a lenient sentence. He has made mistakes, but he is such a good and useful person that can do so much more out in the world than in prison. He is kind and warm and it pains me to think of how he will return once he is released if he spends years and years in prison. He never had a father figure in his life to teach him right from wrong. His mom did the best she could. She sent him to Vacation Bible Schools and Youth Group, but she was very busy working and Steven had to figure out how to survive on his own. If you have spoken to Steven at all, I know you have seen his warmth and can understand what I am trying to describe about my special friend.

Thank you for your consideration in this matter. I pray that I have conveyed my message to you effectively. Feel free to call me at the above numbers if you have any questions. I'd be more than happy to speak with you.

Sincerely,

John White III
White Armature Works, Inc.

**CYNTHIA I. WELLS**
1444 Lake Glen Drive
Fuquay Varina, NC  27526
(919) 609-4696
cwells1207@gmail.com

---

July 7, 2016

The Honorable Thomas E. Johnston
United States District Court
Southern District of West Virginia
Robert C. Byrd United States Courthouse
300 Virginia Street East, Suite 6610
Charleston, WV  25301

     RE:  *Steven Lamar Adkins*

Your Honor:

     I am writing in hope of encouraging your leniency in the sentencing of my younger first-cousin, Steven Lamar Adkins.  I reside in North Carolina and am employed as the assistant to the managing partner/head corporate lawyer of a very reputable firm, Smith, Anderson, Blount, Dorsett & Mitchell, LLP, located in downtown Raleigh.

     Steven and I both were raised by single mothers who are sisters.  During my early childhood after my parents divorced, there was a time period my mother and I would have been homeless had it not been for my Aunt Alice (Steven's mother) and Steven opening their home to us.  As you can guess, Steven is more of a brother to me than a cousin.  If truth be told, I am a lot closer to him than my very own brother.

     As you already know, Steven had never been in trouble a day in his life with the law.  He is a divorced father of two, a good parent who believes in structure and discipline, a very hard worker, and a supporter of his community.  He often extends his generosity to others.  I always found his children's friends at his house.  Steven has a very strong work ethic and has been a collector of sorts since he was a young boy.  I believe his first collection of love was baseball cards.  He started learning the value of collectibles at an early age.  Another interesting fact about Steven that I find incredible is how he has lived his entire life in an area flooded with drugs and addiction, but yet he has never once tried any sort of drug in his life!  Not many can say that, not even those who turn out to be the President of the United States.  But what makes me most proud of Steven…is how much he loves helping others.  I will share one example that always stands out to me.  He always makes sure his deep freezer is full.  He feels joy knowing that his army of family, friends, neighbors and their children will not go hungry.  He and I often joke about how important that full freezer is to him but deep down, it really is not so funny since he and I both know that feeling comes from our childhood and doing without.

     Steven and I both are fully aware of the gravity of this matter.  Steven has gained a wealth of intelligence through this experience and I feel very confident you will never see his name come across your desk again.

     Thank you for your time and consideration.

              Sincerely,

              Cynthia I. Wells

5

July 22, 2016

Honorable Thomas E. Johnson, Judge
c/o Gregory J. Campbell, Esq.
105 Capitol Street, Suite 300
Charleston, WV 25301

Dear Judge Johnson:

I would like to request your consideration of Steven Adkins contributions to our community and his public service as a City Council member in the Town of Man when acting on his sentence. I have known Steven for over 15 years and he has always been a great partner to work with as a City Council member and to help the community when needed. He has given selflessly personally and through his business to help the citizens of our community. Whether it be for a softball team, a family that had just suffered a fire or just a raffle to help raise money for some small cause, he would always buy tickets, give cash or even provide some or all the items that were to be given away. He allowed groups and individuals to utilize his store as a location to raise money and would often purchase all the remaining tickets for these events or raffles, even when he was supplying the prizes, just to ensure the fund raiser was success. He did so with an open heart and no want for praise nor recognition of his actions.

His actions show that his heart was in our community and I know this does not change the rule of law and or our system which requires each of us to be accountable for the things we do, but I feel that all the things we do should be in some small consideration when judgement must be passed and sentences must be levied. I would hope that you would consider Stevens's contributions to our community as you make this very difficult decision that Judges must so often solely shoulder the responsibility to do.

I will pray for Steven and your Honor since I know neither of you wish to have the burdens of the roles you know must undertake. I thank you for taking time to read my offer of support for Steven and hope you will give some small measure of consideration to his actions in all the aspects of his life.

Sincerely,

Jeffrey T. Lusk

6

To: Honorable Thomas E. Johnston, Judge
   c/o Gregory J. Campbell, Esq.
   105 Capitol Street, Suite 300
   Charleston, WV 25301

From: Terry Fekete, Owner
   Rockhouse Lodge—Hatfield McCoy Trails
   Man, West Virginia

Date: July 20, 2016

Dear Sir,

I am writing this letter on behalf of a good friend and neighbor, Steve Adkins, whom I have known since he was a young teenager. Steve was always "a good kid", one who stood out in a crowd with his witty sense of humor and all around good nature. As he matured into a man and began working at Uncle Sam's pawn shop in Man, he showed a work ethic very uncommon for such a young person. Steve's drive helped the business grow tremendously and he soon became store manager. I bought many gifts for friends and relatives from Steve and he was always honest and fair with me. I trusted his judgment whether buying an anniversary ring for my wife or gold chain for my daughter. I would trust him today, if he were still in that business.

I personally have seen Steve help scores of youth organizations in our area with donations of cash or items to be raffled for fundraisers, so kids could attend camp or participate in sports. No business or individual in this town can match the contributions that Steve made to help those kids achieve their dreams. I admire him for never saying no, when asked to help.

Steve made a mistake—a bad mistake that can't be white washed or minimized. He deserves a measure of punishment for his crime, but I sincerely hope that does not include incarceration. Steve has a good heart, but he let his dreams of success cloud his judgment. He has already paid a steep price for his mistake, both financially and socially and I beg the court to consider a sentence of home confinement and community service that will allow him to channel his energy toward continuing to help the youth of our area. Steve is worth saving because he is still "a good kid" and a lenient sentence will help assure that he never appear before your bench again. Thank you for your consideration.

Sincerely,

Terry Fekete
POB 88
Amherstdale, WV
304 583-6833

To the Honorable Thomas E. Johnston

Your Honor,

My name is Herbert Blankenship. I am a pharmacist that owns and operates a small, independent pharmacy in the town of Man. I am writing this letter on behalf of my friend, Steven Adkins.

I have known Steven in excess of 15 years. In all that time, I can say I'm glad to have known him. Steven was born and raised in Man. His heart and soul are in this community. He was the face of Uncle Sams (a well- known business in town) for years.

If anyone was in need, regardless of who it was, he was always willing to help. Whatever it was: time, money, effort, or anything else, Steven was there. Helping out the community, especially children, was always high on his list. As far as I could always see, he conducted himself with honesty and professionalism and always with a great sense of humor. He always had an infectious smile and a way to set people at ease. He is as much a people-person as anyone I have ever had the pleasure of knowing.

He is a great asset to this community. We need more Steven Adkins here. I whole-heartedly believe that whatever transgressions he may have made; they were not done with mal-intent or maliciousness in his heart.

In closing, I ask that whatever sentence is handed down, please be as lenient as possible. Steven is a good person and deserves help. Thank you for your time and consideration in regards to this matter.

Sincerely,

Herbert C. Blankenship, RPh.

8

*Town of Man*

*City Clerk*
*Mavis Toler*
*Ph. 304-583-9631*

*P.O. Box 70*
*105 Market Street*
*Man, West Virginia 25635*

*Mayor*
*Jim Blevins*
*Fax 304-583-2741*

July 20, 2016

Honorable Thomas E. Johnston, Judge
c/o Gregory J. Campbell, Esq.
105 Capitol Street, Suite 300
Charleston, WV 25301

Your Honor,

I, Jim Blevins, Mayor of The Town of Man where Steven Adkins serves as a town councilman. I have had the privilege of knowing Steven for the last 25 years. He has been a great friend and a wonderful servant to our community.

For the last 5 years Steven has been a part of our town council where he has and continues spending many hours working diligently to improve our town. He also serves on The Town of Man Sanitary Board Committee where we are currently in the process of a $2 million sewer project.

Steven is a great asset to The Town of Man. He loves his community and the people who live here as he has a great desire to help people. I would like to ask that you would please reconsider his sentence. Steven would be a great loss to our town.

Sincerely,

Jim Blevins, Mayor
Town of Man

9

To the honorable Thomas E. Johnston Judge
My name is Donald Hurley
                    312 Market St. Man WV. 25635
I have Known Steven for the last
nineteen years he has always been an outstanding man
he will go out of his way to help anyone.
He is on Man town council, He has coached
Kids on little league ball. Steven has one son
eighteen years old just graduated high school
one daughter fourteen years old. Steven doesn't
have any bad habits he don't use alcohol
or tobacco. Steven has never been in
any ~~trouble~~ trouble and putting Steven
in jail would put a hardships on
his son and daughter also Stevens son
is very sick and has to have daily
medical care. And I am sure if Steven
is guilty of anything he was only folling
orders from his employers
                         Thank you
                         Donald Hurley

10

Honorable Thomas E. Johnston
C/O Gregory J. Campbell, Esq.
105 Capital Street, Suite 308
Charleston, W. Va. 25301

My name is Larry Mullins
Box 211
61 Tay Tay Dr
Bruno, W Va 25611

Steve Adkins has been my friend
for 20 yrs. He has always been a
hard working family man and has
always put his family first. He has
always contributed to the youth of
our community. He has never been
involved in any kind of drinking
or drugs and goes out of his way
to help people and thats why he is
so liked in his community. Just these
few traits that I have watched and the
fact that this is his first ever time on
the wrong side of the law should be
reason enough for a lenient sentence.
I consider it a privilige to call him my
friend. Thanks for reading

11

Brandy Statzer-Martin
104 Willow Lane
Man, WV 25635

July 12th, 2016

Your Honor,

I am writing to urge leniency in the sentencing of Steven Adkins.

I have known Steven Adkins for more than 30 years, since we were in elementary school together. He and I grew up in the same neighborhood and I feel that I know him very well. I am very aware of the gravity of the charges against him, but it is very hard for me, knowing his as I do, to accept him receiving a more severe punishment after all that he has already suffered, such as the lost of his business and life long work. This is not the kind of man that I know, and I would like to give you a perspective that shows that he is more than the sum of the charges that are brought against him.

I have known Steven Adkins to be not only an honest man, but a hard worker all his life. From a young age, you could always see him out working in the yards of neighbors, sometimes for pay but often just to help a person in need. Now as an adult and a councilman for our town, he continues to help people in and around our community on an even larger scale. Steven is known for being the one who stands up and fights for what is best for all. That is why I feel it is important to stand up for him today. Steven has been especially involved with the youth through sports throughout the years; sponsoring teams, donating equipment, and even donating his time as a coach.

I am very familiar with the circumstances of Steven growing up without a father and learning early in life to shoulder burdens that most grown men could not have handled. I feel a man with lesser integrity would have accepted their lot in life and never reached any higher but Steven not only worked hard from an early age to help support his family but holds a special place in his heart for those less fortunate than himself and is always willing to give of himself to those in need.

As you know, this is Steven Adkin's first offense and only offense. Given his otherwise clean record, as well as his close ties to the community, I strongly believe that probation is most appropriate in this situation.

Sincerely,

Brandy Statzer-Martin

7-20-16

Printess Lawrence
PO Box 411
Davin WV 25617

       My name is Printess Lawrence, I
am having my girlfriend write what I say
because you would not be able to read my
writing, I have known Steven for fifteen years
he is a family friend. I know him from
working at Uncle Sam's and dealing with him
there. He knows his job and he remembers
all his customers. I know him outside of
his job because he would help his community
with the area sports by giving them donations
& even going to their sporting events to cheer
our area teams on. He has two kids
that he loves very much and helps them
out. He also helps with the Buffalo Creek
Watershed when they have their area event
fishing day for the kids. He is really
great with kids and would do anything
for the kids in our area. I think
he is a great businessman and is very
professional with his customers. I
think that you should consider a
lenient sentence because he has never

13

been in trouble. He works very hard
for his family and for everything that
he owns.

Thanks,

*[signature]*

7-19-16

Penny Turkale
PO Box 411
Davin WV 25617

My name is Penny Turkale,
Steven is my family. I have known
Steven all my life. Steven was raised
by a single parent and didn't have much
growing up. He never complained always
wanted to help his mom around the house
and yard. Steven was an intelligent young
man. He would give you his shirt off
his back. He would help everyone in
his community by cutting grass, washing
vehicles or whatever you needed done.
Steven was a great student and graduated
High School. He stayed out of trouble
and I think that was a great deal
for not having much growing up. He
started working after he graduated.
People loved to come in + see his smiling
face + the way he would treat you.
He was a great businessman. He would
always help and support Relay for Life
for the American Cancer Society and
all Teeball, middle + high school baseball
+ softball teams. He also coached ball teams.

14

He was loved by everyone who
knew him. He's a very hard worker
and a family man. He loves his
kids & would do anything for them.
I think Steven should recive a
lenient sentence because he has
never been in any trouble. Steven
works hard everyday to support his
family and pay his bills and his
home + automobile. Thank you for
taking time to read my letter.

Penny

*City Clerk*
*Mavis Toler*
*Ph. 304-583-9631*

# Town of Man

*P. O. Box 70*
*105 Market Street*
*Man, West Virginia 25635*

*Mayor*
*Jim Blevins*
*Fax 304-583-2741*

July 21, 2016


The Honorable Thomas E. Johnston, Judge
c/o Gregory J. Campbell, Esq.
105 Capitol Street, Suite 300
Charleston, WV 25301

Your Honor,

I am writing you in regards to Steven Adkins who will be coming before you this coming week. I have known Steven approximately thirty four (34) years since he was a toddler.

I have worked with him these last four years as a councilman. My name is Mavis Toler and I have worked here for The Town of Man since 1982 as City Clerk.

To my knowledge Steven has never been in any trouble and is very well liked in our small town. I would like to ask you when you sentence him next week that you take all his good traits in consideration.

Thank you for taking time to read this letter.


Sincerely,

Mavis Toler

Mavis Toler/City Clerk

15

Honorable Thomas E Johnston, Judge
% Gregory J Campbell, Esq
105 Capital St, Suite 300
Charleston WV 25301

Mary Turkale
PO Box 417
Man WV 25635

Steve Adkins is my nephew.
I've known him all his
life. From the time he was
an infant till the present.
He has the heart and mind
of a special person.
He has worked hard almost
all his life — Very special
minded and caring. He cares
more for others than himself.
He belonged to the city council.
Steve has been there for his
children and his community.
My friend and I were having
lunch at a particular restaurant
and when we went to pay for
it it had already been paid by
Steve. That's the kind of person
he is.
He deserves a lenient sentence
because he is not a bad person.
Thank you                    Yours truly
                              Mary Turkale

7

16

I Scott Paynter have known Steven Adkins nearly all my life. I grew up just blocks away from him 30+ years ago and now he is currently a co-worker. Aside from that, I consider him one of my closest friends and one of the best guys I've known.

That I know of, Steve has taken an interest in his hometown, served on the Town of Man Town Council to better the town as well as the community and surrounding areas. He has helped countless individuals in need, not only financially but has always been one to listen and help others in need and through hard times. In my opinion, while no one is perfect, Steve's character is second to none. He believes in and stands for what is right and good and most importantly its authentic.

To sentence Steven Adkins to any type punishment, that would take him out and away from this community, his town and this area, would be a loss to all who know, depend on and love him. Whatever mistakes he may have made pale in comparison to the many acts of kindness he has exhibited, furthermore whatever

17

mistakes he made, I can assure you he has learned from them and will be a better man because of it and as a result make those around him better as well.

I hope you will take these thoughts and feelings into consideration and know without question, he is truly one of the good guys.

Sincerely

Scott Taylor

Thomas J. Statzer
301 W.McDonald Ave
Man, WV 25635


Your Honor,

I am writing you today to request you consider leniency in the sentencing of Mr. Steven Adkins.

I was first aware of Steven many years ago as a young classmate of my daughter. I have known him both as a boy and the young man he has now become and feel I am in position to speak of Steven's moral character, so I hope you will take this letter into account when making your decision.

Steven , in short, is a good person. He has always been kind and generous to others.  He has a strong sense of duty, which applies to Steven's job, family and community.  He also has a great deal of integrity, and constantly strives to make sure he is doing the right thing.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving, and understand that Steven is the kind of person around whom people rally.  That has to say something, so please let that be a factor in your decision.


Thank you,

Thomas Statzer

18



# HOUSE OF DELEGATES
### WEST VIRGINIA LEGISLATURE

BUILDING 1, ROOM #224-E
1900 KANAWHA BLVD., EAST
CHARLESTON, WV 25305-0470
PHONE (304) 340-3174
EMAIL: RUPERT.PHILLIPS@WVHOUSE.GOV

RUPERT PHILLIPS, JR.
P. O. BOX 194
LORADO, WV 25630
PHONE: (304) 687-9793

Committees:
Government Organization
Agriculture
Political Subdivisions
Natural Resources

To whom it may concern,

I am writing this letter to attest to the good moral character of Steven Adkins. I have known Steven for over 15 years, and he has been a good friend of mine. I would consider Steven as an upstanding member of society who is willing to help anyone during their time of need, even if it is at the expense of himself. He is a devoted dad to his children, a hard worker, and a friend to all. If you have any further questions or concerns, please feel free to contact me by phone at 304-687-9793. Thank you, and have a great day!

Sincerely,

Delegate Rupie Phillips

prefers interim mail at home address

19

J. Matthew Ellis, DC
67 Amburgey Ln.
Amherstdale, WV 25607

Your Honor,

    I am writing this letter in regards to <u>Steven Adkins</u>. I have known Steven all of my life, for he is one of my older & closest <u>friends</u>. We have known each other since we have been able to walk, I grew up with him, so approximately 30+ years. Steven would do anything for anybody. He would give ya the shirt off his back if you asked for it. He has done numerous things for numerous people and is an asset to our community. It is of my opinion the court should show some leniency on Steven. He is not a criminal, for my definition of criminal must be different than the justice system. People have done far worse and are walking free. Steven didn't hurt anyone. Should he be punished a fine and community service would be more than appropriate in this case. I thank you for reading this letter and for your consideration.

                Truly yours

                J. Matthew Ellis DC