**SUMMARY OF EVENTS:**

Interview of C▮▮▮▮ V▮▮

**NARRATIVE:**

1. On Friday, April 17, 2015 Special Agent (S/A) G. Robert Cunningham received a telephone call from C▮▮▮▮ V▮▮, Date of Birth: ▮▮ 1989, Social Security Number: ▮▮▮▮▮▮▮▮▮, of P. O. Box ▮▮ Man, West Virginia. V▮▮ related that she does not have a personal phone, but provided the phone number at her place of employment, ▮▮▮▮▮▮▮▮▮▮▮ Logan, West Virginia: ▮▮▮▮▮▮▮▮▮.

2. V▮▮ related that she just recently found out that there are several firearms that have been "sold in her name" at Uncle Sam's Loans in Man, West Virginia. V▮▮ explained that a friend of hers who works at Uncle Sam's Loans notified her that in the computer records at Uncle Sam's Loans there are six (6) firearms showing that they were sold to V▮▮. At this point, V▮▮ informed S/A Cunningham that she has never purchased a firearm from Uncle Sam's Loans and that she desired to "get the guns out of her name."

3. At this time, V▮▮ provided S/A Cunningham with the following list of firearms that are listed in Uncle Sam's computer system as being sold to V▮▮;

   - Browning 12 gauge shotgun, model: BPS, serial number: 07266MN121
   - Browning 12 gauge shotgun, model: Maxus, serial number: 115MN16644
   - Beretta 50 caliber rifle, model: 50 BMG, serial number: AA600490
   - Glock 40 caliber, model: 22, serial number: RKR130
   - Browning rifle, model" A Bolt II, 22/250 rifle, serial number: 14041MR351
   - Ruger mini 14, .223 caliber rifle, serial number: 581-68901

4. V▮▮ reiterated that she has never purchased a firearm. V▮▮ added that she could not afford to buy any of the above described firearms.

5.

6. 

7. V⬚ stated that while her boyfriend was working at Uncle Sam's Loans Adkins asked V⬚ to fill out some paperwork like she was making a firearms purchase. V⬚ stated that she denied Adkins' request and until recently when she found out that the aforementioned firearms were "in her name" did she ever suspect anything about Adkins' request.

8.