**SUMMARY OF EVENTS:**

Interview of B[____] W[____]

**NARRATIVE:**

1. On Friday, June 5, 2015 at approximately 1445 hours Special Agent (S/A) G. Robert Cunningham traveled to the Man City Fire Department at [____] Man, West Virginia. Upon arrival, S/A Cunningham was greeted by B[____] W[____], a white, male, Date of Birth: [____]973, Social Security Number: [____], phone: [____].

2. Upon arrival, S/A Cunningham verbally identified himself and displayed his ATF issued credentials and badge for W[__]'s visual inspection. After W[__] visually inspected S/A Cunningham ATF issued credentials, W[__] related that he was willing to submit to an interview with S/A Cunningham. At this time, W[__] invited S/A Cunningham into the living quarter's area of the Man Fire Department to commence with the interview.

3. Initially, S/A Cunningham inquired if W[__] was currently residing at the Man Fire Department. W[__] confirmed that he does live at the Man Fire Department. S/A Cunningham inquired about an address W[__] had of [____] Man, West Virginia. W[__] related that the W[____] is an old address and is where W[__] resided before moving into the Man Fire Department.

4. At this time, S/A Cunningham explained to W[__] that S/A Cunningham had some questions concerning several firearms purchases W[__] made from Uncle Sam's Loans in Man, West Virginia. S/A Cunningham proceeded to read aloud the firearms listed on the following Multiple Sale reports associated with W[__] and Uncle Sam's Loans; Multiple Sale Number: M20130170183, M20130144290, M20130130328, M20130117932 and M201202022521. The totality of firearms depicted in the Multiple Sale Reports total thirteen (13) firearms. A copy of each of the identified Multiple Sales Reports shall be attached to the file copy of this report. After reciting the aforementioned thirteen (13) firearms in question, S/A Cunningham inquired if W[__] recalled purchasing the firearms. W[__] stated that he did not purchase any of the firearms in question. S/A Cunningham inquired of W[__] if he did not purchase the firearms in question, how did the Multiple Sale Reports have W[__] listed as the purchaser of each of the firearms. W[__] explained that on each of the above incidents, W[__] received a telephone call from his [____], Steven Lamar "Noodle" ADKINS, who works at and is a partial

owner of Uncle Sam's Loans. W## continued and explained that ADKINS requested that W## visit Uncle Sam's Loans and execute the ATF Form 4473 forms by affixing his signature. W## advised that in return for signing the forms in question, ADKINS paid W## twenty ($20.00) dollars per executed ATF Form 4473. W## continued and explained that on each occasion he was contacted by ADKINS to sign an ATF Form 4473, the form was already filled out by ADKINS when W## arrived. W## stated that he simply signed his name on the form and collected his fee from ADKINS. W## submitted that he knows that his actions were wrong, but receiving twenty ($20.00) dollars from ADKINS simply for signing his name was hard to pass up since W## was unemployed at the time. W## estimated that he signed ATF Form 4473's at the direction of ADKINS approximately four (4) to five (5) times.

5. W## stated that the only individual he has definitely heard of that also filled out ATF Form 4473's in exchange for payment from ADKINS was S#### N##. W## stated that he does not know the names of the other people ADKINS utilized to falsely complete ATF Form 4473's, but W## stated that he understands that ADKINS utilizes several different "crackheads" and drug users to sign ATF Form 4473's. As the interview progressed, W## stated that he understands that Matt ######################## in Man, West Virginia may have also signed false ATF Form 4473's at the request of ADKINS.

6. W## explained that he only quit signing the ATF Form 4473's for ADKINS because W##'s driver's license expired and that ADKINS and W############ got divorced. In addition, in approximately April 2013 W## related that he started working a regular job. As a result of these circumstances, ADKINS quit soliciting W## to sign ATF Form 4473's in exchange for payment.

7. S/A Cunningham inquired of W## who could authenticate that ADKINS completed ATF Form 4473's and paid W## to sign each form. W## stated that there were other Uncle Sam's Loans employees present on the occasions ADKINS solicited W## to sign fraudulent ATF Form 4473's. W## identified the Uncle Sam's Loans employees as ###########################################.

8. S/A Cunningham inquired if W## knew what happened to the firearms listed on the above described Multiple Sale Reports. W## stated that he was not positive, but W## understood that ADKINS was selling firearms to many of the Hatfield and McCoy trail riders. W## stated that many of these people are from out of State and ADKINS would sell them firearms for cash and without making them complete any ATF paperwork in order to obtain the firearm(s).

9.

Attachments: Multiple Sale Reports