**SUMMARY OF EVENTS:**

Telephone interview of S█████ N██ on 11-2-2015

**NARRATIVE:**

1. On Monday, November 2, 2015, at approximately 1426 hours, Special Agent (S/A) G. Robert Cunningham received a return telephone call from S█████ N██ a white, male, Date of Birth: ████ 1984, Social Security Number: ████████, of ██████████, PO Box ███ Mallory, West Virginia, phone: ████████████.

2. S/A Cunningham explained to N██ that the prosecution team had a couple questions that needed answered concerning an ATF Form 4473 which N██ completed at the direction of Steven Lamar "Noodle" ADKINS. S/A Cunningham related to N██ that S/A Cunningham was asking about the ATF Form 4473 completed by N██ on 12-21-2010 that listed four (4) Smith & Wesson 500 revolvers and one (1) Browning BAR, .270 caliber rifle. Upon detailing the transaction in question, N██ related that he recalled the transaction in question. N██ submitted that after ADKINS had N██ complete the ATF Form 4473 for the firearms in question, ADKINS directed N██ to pull his vehicle around to the side door of UNCLE SAM'S LOANS, INC. N██ related that he did as directed and then ADKINS and N██ loaded the aforementioned firearms into N██'s vehicle.

3. N██ explained that once this task was complete, N██ drove and ADKINS accompanied N██ in the passenger seat of N██ vehicle. N██ stated that he drove to a parking lot where N██ and ADKINS met ████████. N██ added that ██████ is the owner of ██████████████. At this meeting, ADKINS directed N██ to wait in the vehicle while ADKINS secured a couple of the Smith & Wesson revolvers that were listed on the ATF Form 4473 that N██ completed earlier. N██ stated that ADKINS exited the vehicle, provided the firearms to ██████, received payment from ██████ and then ADKINS got back in N██'s vehicle. At this time, ADKINS directed N██ to drive to ████████'s residence in Gilbert, West Virginia.

4. N██ stated that upon arrival at ██████'s residence, ADKINS directed N██ to wait in the vehicle while ADKINS delivered the remaining Smith & Wesson revolvers and the Browning BAR rifle to ██████████. N██ stated that ADKINS carried the firearms into J█████'s residence and met with ██████████. When ADKINS exited the residence he did not have the firearms that he carried into the residence.

5. N     stated that it is accurate to describe his actions involving the above described five (5) firearms as being the individual who completed the ATF Form 4473. N     advised that when he completed the ATF Form 4473, N     had no intentions of actually acquiring the listed firearms himself. Once the ATF Form 4473 was complete and the NICS check returned, N     related that he and ADKINS collectively loaded the firearms up in N     s vehicle for delivery to          and          . N     explained that he then drove ADKINS to the meeting locations with          and          , where ADKINS conducted the transactions with          and          while N     remained in the vehicle.

6.

7.