**SUMMARY OF EVENTS:**

Interview of C██████████ D██████

**NARRATIVE:**

1. On Thursday, July 8, 2015 at approximately 1555 hours, Special Agent (S/A) G. Robert Cunningham located C██████████ D██████, a white, female, Date of Birth: ██ 1971, Social Security Number: ██████████, of P. O. Box ██ (██████████████████████████ Accoville, West Virginia, phone: ██████████. D██████ was walking south along West Virginia Route 10, near the unincorporated community of Crown, West Virginia. At this time, S/A Cunningham stopped his Government Owned Vehicle (GOV), and spoke with D██████. Immediately, S/A Cunningham verbally identified himself as a Special Agent with ATF and subsequently displayed his ATF issued credentials and badge for D██████'s visual inspection. After D██████ visually inspected S/A Cunningham ATF issued credentials, D██████ related that she was willing to submit to an interview with S/A Cunningham, but D██████ was late for work. S/A Cunningham offered to provide D██████ a ride the remaining distance to her place of employment. D██████ accepted and while traveling to D██████'s job site, S/A Cunningham initiated the interview in question.

2. Upon arrival at D██████'s place of employment, D██████ indicated that she needed to tell her employer that she was meeting with S/A Cunningham in the parking lot and that she would report to work at the conclusion of the interview.

3. Once this task was complete, D██████ returned to S/A Cunningham's GOV and indicated that she was prepared to commence with the interview in question.

4. S/A Cunningham inquired if D██████ has ever purchased any firearms. D██████ related that she has never bought a firearm in her life. S/A Cunningham then inquired if D██████ has ever completed the forms necessary to purchase a firearm at a Federal Firearms Licensee (FFL). D██████ acknowledged that she has executed several completed forms (ATF Form 4473) at Uncle Sam's Loans in Man, West Virginia, but D██████ never intended to obtain, or actually obtained any of the firearms.

5. S/A Cunningham asked D██████ to explain how it came about that she completed ATF Form 4473's, but never obtained, much less intended to acquire a

firearm. D▓▓▓▓ related that during the time period she completed the ATF Form 4473's she was dating and cohabitating with D▓▓ C▓▓ a white, male, Date of Birth: ▓▓ 971, Social Security Number: ▓▓▓▓▓▓, of ▓▓▓▓▓ Man, West Virginia. D▓▓▓▓ explained that at the time, C▓ and Steven "Noodle" ADKINS, who ran the firearms department at Uncle Sam's Loans in Man, West Virginia were close friends. D▓▓▓▓ related that she understands that since this time period, C▓ and ADKINS has had a falling out and are not close friends any longer. D▓▓▓▓ estimated that in approximately 2010 to 2011 she filled out approximately five (5) or six (6) ATF Form 4473's at the direction of ADKINS. D▓▓▓▓ stated that the first time she signed an ATF Form 4473 at Uncle Sam's Loans she was at home and received a telephone call from ADKINS. D▓▓▓▓ related that ADKINS requested that D▓▓▓▓ come over to Uncle Sam's Loans and help him out. D▓▓▓▓ related that she was in bed when ADKINS called, but D▓▓▓▓ agreed and went to meet ADKINS at Uncle Sam's Loans. D▓▓▓▓ stopped and explained that she could have completed more than six (6) ATF Form 4473's or less than five (5) ATF From 4473's, but five (5) or six (6) forms would be a safe estimate of the number of times she completed the task in question.

6. D▓▓▓▓ related that the first time ADKINS requested that she complete an ATF Form 4473 she arrived at Uncle Sam's Loans and ADKINS told her that a coal company owner wanted to buy several firearms for his employees. D▓▓▓▓ stated that ADKINS asked her to fill out the forms in order "to put them (the guns) in her name." D▓▓▓▓ stated that she did as requested and completed the form. D▓▓▓▓ explained that she remembers that most, if not all of the times she continued the practice of signing ATF Form 4473's at the direction of ADKINS, the ATF Form was already filled out when D▓▓▓▓ arrived. D▓▓▓▓ stated that she simply signed her name to the form and went on about her business. D▓▓▓▓ stated that she did not receive any sort of payment for signing the document. D▓▓▓▓ related that C▓ may have received some sort of consideration for her assisting ADKINS, but D▓▓▓▓ was not compensated for her actions.

7. D▓▓▓▓ advised that she was "pretty sure" that each time she signed an ATF Form 4473, ADKINS already had the form filled in. D▓▓▓▓ stated that she simply showed ADKINS her identification and signed the form ADKINS provided her. D▓▓▓▓ explained that one time she showed up to sign the ATF Form 4473's, ADKINS had two (2) or three (3) forms already completed. D▓▓▓▓ advised that she had to sign her name two (2) or three (3) different occasions on that particular occasion.

8. 

9. D⬚ related that S⬚ N⬚ told her that he also completed ATF Form 4473's at the direction of ADKINS. D⬚ advised that N⬚ told her that he completed several ATF Form 4473's for ADKINS. D⬚ also stated that Noel informed her that ADKINS got N⬚ in some sort of trouble over a firearm. D⬚ did not know the specifics of this incident, other than what N⬚ told her. D⬚ added that N⬚ told her that since ADKINS got him in trouble, ADKINS has stopped having N⬚ fill out ATF Form 4473's for other people to obtain firearms.

10. At the conclusion of the interview, S/A Cunningham asked D⬚ to try and think of any person(s) who could verify the process D⬚ described concerning the instances where D⬚ completed ATF Form 4473's at the direction of ADKINS. D⬚ stated that her daughter, B⬚ B⬚ was with her once or twice when D⬚ completed the ATF Form 4473's. In addition, D⬚ related that she recalls an employee named "E⬚" who was working at Uncle Sam's Loans with ADKINS on one (1) or more of the occasions D⬚ completed the fraudulent ATF Form 4473's.

11. D⬚ added that she recalls that she initially started completing the ATF Form 4473's around the same time period as when ADKINS was in the process of moving from Accoville, West Virginia to his current residence in South Man, West Virginia. D⬚ reiterated that she only completed these ATF Form 4473's at the direction of ADKINS for a "couple months" and then ADKINS never requested D⬚'s assistance again.