**SUMMARY OF EVENTS:**

Telephone interview of S███████ N██ on 10-28-2015

**NARRATIVE:**

1. On Wednesday, October 28, 2015, at approximately 1508 hours, Special Agent (S/A) G. Robert Cunningham received a return telephone call from S█████ N██ a white, male, Date of Birth: ████ 1984, Social Security Number: ███████, of ████████████, PO Box ██ Mallory, West Virginia, phone: ███████.

2. S/A Cunningham explained to N██ that S/A Cunningham was reviewing a prior interview Report of Investigation (ROI) that S/A Cunningham had completed. Upon reviewing this document, S/A Cunningham wanted to confirm that the information was correct as it related to the ATF Form 4473 which N██ completed on behalf of Steven Lamar ADKINS. The specific transaction S/A Cunningham was interested in discussing involved the ATF Form 4473 that listed multiple Smith & Wesson .500 caliber revolvers. N██ indicated that the he recalls the incident in question and that he recalls S/A Cunningham previously inquiring about the Smith & Wesson revolvers. S/A Cunningham inquired about what happened to the Smith & Wesson .500 caliber revolvers listed on the ATF Form 4473 in question. N██ advised that the majority of the Smith & Wesson .500 caliber revolvers were delivered to ████████ N██ added that he believes that one or two of the Smith & Wesson .500 caliber revolvers may have been delivered to ████████.

3. After receiving this information, S/A Cunningham inquired if N██ recalled delivering a quantity of Smith & Wesson .500 caliber revolvers to ████████. N██ stated that he never delivered Smith & Wesson .500 caliber revolvers to ████████ At this time, S/A Cunningham had no further questions of N██ and the telephone conversation concluded.

4. It should be noted that in ROI #13 of this case file, S/A Cunningham inadvertently misidentified ████████ as being the recipient of the above described Smith & Wesson .500 caliber revolvers.