# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           CRIMINAL ACTION NO. 2:15-cr-00245

STEVEN ADKINS,

        Defendant.

### ORDER

The Court **DIRECTS** the Clerk to file the attached documents which contain grand jury material **UNDER SEAL.** They are being placed on the docket pursuant to the Court's comments at the sentencing hearing on July 28, 2016.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                        ENTER:     October 18, 2016

_____

THOMAS E. JOHNSTON

UNITED STATES DISTRICT JUDGE